|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>November 12, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHIJIOKE ISAMADE ,<br><br>        Defendant. | Case No.   2:21-mj-172-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHIJIOKE ISAMADE  Case No. 2:21-mj-172-CKD  Charge 18 USC § 3583 , from custody for the following reasons:

    __X__     Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

               _____    Unsecured Appearance Bond $ _____

               _____    Appearance Bond with 10% Deposit

               _____    Appearance Bond with Surety

               _____    Corporate Surety Bail Bond

    __X__     (Other):  To be released on 11/13/2021 @ 9:00 AM.

Issued at Sacramento, California on November 12, 2021 at _3:13 pm_.

                                      By:    /s/ Carolyn K. Delaney

                                              Magistrate Judge Carolyn K. Delaney